UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

| | |
|---|---|
| M.K., on behalf of her minor child, G.K., <br><br>                    Plaintiff, <br><br>            v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br>                    Defendant. | No. 22-CV-1891 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 et seq.  The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including any motion for attorneys' fees.

SO ORDERED.

Dated:  May 17, 2022
     New York, New York

                             _____
                             Ronnie Abrams
                             United States District Judge